**EXHIBIT A**

Krista T. McCarthy, Bar No. 026969
**FRIEDL RICHARDSON**
19840 N. Cave Creek Road
Phoenix, Arizona 85024
(602) 553-2220
(602) 287-9511 (fax)
krista@friedlrichardson.com
Attorneys for Plaintiff

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NIXAELEN RIOS ESPINOZA, an individual adult;<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; COSTCO WHOLESALE MEMBERSHIP, INC., a foreign corporation; JOHN DOES AND JANE DOES 1-10; ABC CORPORATIONS 1-10; XYZ PARTNERSHIPS 1-10;<br><br>Defendants. | NO. CV2018-052316<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT COSTCO WHOLESALE MEMBERSHIP, INC. ONLY** |

Pursuant to Rule 41(a), Arizona Rules of Civil Procedure, Plaintiff, through undersigned counsel, hereby files this voluntary dismissal with prejudice as to Defendant Costco Wholesale Membership, Inc. only named in the above-captioned matter. Plaintiff certifies that no Answer was filed on behalf of Costco Wholesale Membership, Inc., thus this Notice, is appropriate under the applicable rule.

Each party is to bear their own costs and attorney's fees.

1

1 | **RESPECTFULLY SUBMITTED** this 5th day of June, 2018.

FRIEDL RICHARDSON

By s/s: Krista T. McCarthy
KRISTA T. MCCARTHY, ESQ.
19840 N. Cave Creek Road
Phoenix, Arizona 85024
Attorney for Plaintiffs

ORIGINAL e-filed with the clerk of court
this 5th day of June, 2018.

With copies mailed to:

Maryam Naioom
The Cavanagh Law Firm, P.A.
1850 North Central Avenue Suite 2400
Phoenix, AZ 85004
Attorney for Defendant Costco Wholesale Corporation

By ___ /s/Michelle Herr

**EXHIBIT B**

COPY

Krista T. McCarthy, Bar No. 026969
**FRIEDL RICHARDSON**
19840 N. Cave Creek Road
Phoenix, Arizona 85024
(602) 553-2220
(602) 287-9511 (fax)
krista@friedlrichardson.com
Attorneys for Plaintiffs

MAY 1 1 2018
CHRIS DEROSE, CLERK
J. WAYBILL
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NIXAELEN RIOS ESPINOZA, an individual adult;<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; COSTCO WHOLESALE MEMBERSHIP, INC., a foreign corporation; JOHN DOES AND JANE DOES 1-10; ABC CORPORATIONS 1-10; XYZ PARTNERSHIPS 1-10;<br><br>Defendants. | NO. CV2018-052316<br><br>**COMPLAINT**<br><br>(Negligence / Premises Liability) |

Plaintiff, through the undersigned attorneys, allege as follows:

1. The cause of action as hereinafter alleged, arose in Maricopa County, Arizona.
2. At all times relevant, Plaintiff Nixaelen Rios Espinoza, ("Plaintiff Rios Espinoza"), was an individual adult and a resident of Maricopa County, Arizona.

1

3. At all times relevant, Defendants were business entities doing business in Maricopa County, State of Arizona and the cause of action as hereinafter alleged, arose in said County and State.
4. At all times relevant, Defendant COSTCO WHOLESALE CORPORATION was a business entity incorporated in the State of Washington and licensed to conduct business in the State of Arizona.
5. At all times relevant, Defendant COSTCO WHOLESALE MEMBERSHIP CLUB, INC. was a business entity incorporated in the State of California and licensed to conduct business in the State of Arizona.
6. John Does and Jane Does 1-10 are fictitiously named individuals whose action/inaction and/or negligent conduct in the events herein described caused injuries to the Plaintiff. These fictitiously named Defendants were acting in furtherance of their marital communities. These Defendants are sued under a fictitious name until their true identify becomes known.
7. ABC Corporations 1-10 are corporations existing under the laws of an unknown jurisdiction whose action/inaction and/or negligent conduct in the events herein described caused injuries to the Plaintiff.
8. XYZ Partnerships 1-10 are partnerships existing under the laws of an unknown jurisdiction whose action/inaction and/or negligent conduct in the events herein described caused injuries to the Plaintiff.
9. At all times relevant, Defendant COSTCO WHOLESALE CORPORATION was doing business as "Costco."
10. At all times relevant, COSTCO WHOLESALE MEMBERSHIP CLUB, INC. was doing business as "Costco."
11. Defendants' employees were persons, agents or subcontractors whose true names are not known to Plaintiff at this time. All of Defendants' employees were acting within the course and scope of their employment or under the direction and control of Defendants' or under such other circumstances as to justify imputing

responsibility to Defendants', for the careless, negligent and reckless acts complained of herein.

12. On or about May 14, 2016, the subject wholesale retail establishment known as "Costco" located at 19001 N. 27th Avenue, Phoenix, Maricopa County, Arizona was owned, operated and/or controlled by Defendant COSTCO WHOLESALE CORPORATION.

13. In the alternative, on or about May 14, 2016, the subject wholesale retail establishment known as "Costco" located at 19001 N. 27th Avenue, Phoenix, Maricopa County, Arizona. was owned, operated and/or controlled by Defendant COSTCO WHOLESALE MEMBERSHIP CLUB, INC.

14. On or about May 14, 2016, Plaintiff Rios Espinoza was an invitee at the subject wholesale retail establishment known as "Costco" located at 19001 N. 27th Avenue, Phoenix, Maricopa County, Arizona.

15. On or about May 14, 2016, Plaintiff Rios Espinoza was shopping at the subject "Costco."

16. On or about May 14, 2016, Defendants, individually or in concert, through their employees created an unreasonably dangerous condition.

17. On or about May 14, 2016, Defendants' employees moved heavy equipment used to transport pallets of goods too close to patrons.

18. On or about May 14, 2016, Defendants' employees did not ensure he/she/they could operate heavy equipment in a safe manner in close proximity to patrons.

19. On or about May 14, 2016, Defendants' employees decided to look at something other than his/her/their surrounding area before moving heavy equipment.

20. On or about May 14, 2016, Defendants' employees negligently ran over Plaintiff Rios Espinoza's right foot.

21. Defendants, through their employees owed a duty to avoid running over or injuring patrons in any manner.

22. Defendants, through their employees breached the duty owed to Plaintiff Rios Espinoza when an employee ran over her foot with heavy equipment.
23. On or about May 14, 2016, Defendants decided not to properly train or supervise their employees and/or agents or subcontractors in the operation of heavy equipment.
24. On or about May 14, 2016, Defendants should have been aware that their employees and/or agents or subcontractors lacked the proper training to the extent that their employees and/or agents or subcontractors created a substantial risk of harm to patrons.
25. Defendants' failure to train and supervise caused injury to Plaintiff Rios Espinoza.
26. As a direct and proximate result of the above-detailed decisions by Defendants, Plaintiff Rios Espinoza sustained personal injuries, necessitating the incurring of expenses for medical care and treatment and will continue to sustain such expenses in the future. Plaintiff Rios Espinoza sustained severe pain, suffering, annoyance, mental and emotional anguish, and inconvenience and will continue to sustain such disabilities and expenses as the result of this negligence for an indeterminate period of time, the exact amount being unknown at this time, but these damages being in excess of the minimum jurisdictional requirements of the Court.
27. As a further direct and proximate result of the events set forth above, Plaintiff Rios Espinoza has suffered a loss of wages and other benefits and/or opportunities which would have accrued but for the injuries received.

///
///
///

WHEREFORE, Plaintiff pray for Judgment against Defendants, and each of them, for reasonable compensatory damages in excess of this Court's minimum jurisdictional amounts, costs, interest, and all other appropriate relief.

DATED this **9** day of May, 2018.

FRIEDL RICHARDSON

By _____
KRISTA T. MCCARTHY
19840 N. Cave Creek Road
Phoenix, Arizona 85024
Attorney for Plaintiffs

CM
3/16/18
2:00 pm

Krista T. McCarthy, Bar No. 026969
**FRIEDL RICHARDSON**
19840 N. Cave Creek Road
Phoenix, Arizona 85024
(602) 553-2220
(602) 287-9511 (fax)
krista@friedlrichardson.com
Attorneys for Plaintiffs

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NIXAELEN RIOS ESPINOZA, an individual adult;<br><br>Plaintiff,<br><br>vs.<br><br>**COSTCO WHOLESALE CORPORATION**, a foreign corporation; COSTCO WHOLESALE MEMBERSHIP, INC., a foreign corporation; JOHN DOES AND JANE DOES 1-10; ABC CORPORATIONS 1-10; XYZ PARTNERSHIPS 1-10;<br><br>Defendants. | NO. CV2018-052316<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

TO:   Costco Wholesale Membership, Inc.
       c/o CT Corporation Systems
       3800 N. Central Ave., Suite 460
       Phoenix, AZ 85012

You are hereby summoned and required to appear and defend in the above entitled action, in the above entitled court, within TWENTY DAYS, exclusive of the day of service, after service of this Summons upon you, if served within the State of Arizona, and within THIRTY DAYS, exclusive of the day of service, if served without the State of Arizona, and you are hereby notified that in case you fail so to do, judgment by default

1

will be rendered against you for the relief demanded in the Complaint. Requests for reasonable accommodation for person with disabilities must be made to the division assigned to the case at least three (3) judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiff(s) attorney is:

Krista T. McCarthy
FRIEDL RICHARDSON
19840 N. Cave Creek Rd.
Phoenix, Arizona 85024

SIGNED AND SEALED this date:


Clerk of the Superior Court

MAY 11 2018


By _____
Deputy Clerk

CHRIS DEROSE, CLERK
J. WAYBILL
DEPUTY CLERK

2

# EXHIBIT C

MAY 2 2 2018 FILED 4:47pm

CHRIS DEROSE, Clerk
By J. Waybill, Deputy

## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| CV2018-052316 | Superior Court | Maricopa | 2295858 |
| Plaintiff / Petitioner: Nixaelen Rios Espinoza | | Defendant / Respondent: Costco Wholesale Corporation, ET AL | |
| Received by: Serves-U-Right Process Service, LLC | | For: Freidl Richardson | |
| To be served upon: Costco Wholesale Membership, Inc | | | |

I, Angie Rodriguez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Stat Agent: Scott Whaley, CT Corporation System: 3800 N Central Ave STE 460, Phoenix, AZ 85012
**Manner of Service:** Authorized, May 16, 2018, 2:00 pm MST
**Documents:** Civil Coversheet, Summons, Complaint and Certificate of Compulsory Arbitration

**Additional Comments:**
1) Successful Attempt: May 16, 2018, 2:00 pm MST at CT Corporation System: 3800 N Central Ave STE 460, Phoenix, AZ 85012 received by Stat Agent: Scott Whaley.

*Angie Rodriguez* 05/21/2018

Angie Rodriguez    Date

Serves-U-Right Process Service, LLC
13201 N 35th Ave B-10
Phoenix, AZ 85029
602-309-0736

**EXHIBIT D**

**In the Superior Court of the State of Arizona**
**In and For the County of Maricopa**

Case Number __CV2018-052316__

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

**Plaintiff's Attorney:**
Krista T. McCarthy

**Attorney's Bar Number:** 026969

**Plaintiff's Name(s):** (List all)
Nixaelen Rios Espinoza

---

COPY

MAY 11 2018
CHRIS DEROSE, CLERK
J. WAYBILL
DEPUTY CLERK

Is Interpreter Needed? ☐ Yes ☒ No
If yes, what language: _____

To the best of my knowledge, all information is true and correct.

_[signature]_

Attorney/Pro Per Signature (If no attorney, YOUR signature)

**Plaintiff's Address:**
19840 N. Cave Creek Rd., Phoenix, AZ 85024

---

(List additional plaintiffs on page two and/or attach a separate sheet).

**Defendant's Name(s):** (List all.)

Costco Wholesale Corporation

Costco Wholesale Membership, Inc.

John Doe 1 and Jane Doe 2

ABC Corporations 1-10

XYZ Partnerships 1-10

(List additional defendants on page two and/or attach a separate sheet).

| EMERGENCY ORDER SOUGHT: (if applicable) | ☐ Temporary Restraining Order<br>☐ OSC – Order to Show Cause<br>☐ Employer Sanction | ☐ Provisional Remedy<br>☐ Election Challenge<br>☐ Other _____ |
|---|---|---|

☒ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES   Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice

☐ 115 Malpractice – Other professional
☒ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____
**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.  ☐ 123 Hospital
☐ 122 Physician D.O  ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff

☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
　　☐ 136 Six to Nineteen Structures
　　☐ 137 Twenty or More Structures

**150-199  OTHER CIVIL CASE TYPES:**
☐ 156 Eminent Domain/Condemnation
☐ 151 Forcible Detainer
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Sexually Violent Persons (A.R.S. §36-3704)
　 (Except Maricopa County)
☐ Minor Abortion (See Juvenile in Maricopa County)
☐ Special Action Against Lower Courts
　 (See lower court appeal cover sheet in Maricopa)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**
☐ Administrative Review
　 (See lower court appeal cover sheet in Maricopa)

☐ 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute - Other
☐ 159 Restoration of Civil Rights (Federal)
☐ 159 Clearance of Records (A.R.S. §13-4051)
☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain–Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute - Discrimination
☐ 185 Employment Dispute - Other
☐ 163 Other

_____
(Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types

Additional Plaintiff(s)
_____
_____

Additional Defendant(s)
_____
_____

# EXHIBIT E

COPY

Krista T. McCarthy, Bar No. 026969
**FRIEDL RICHARDSON**
19840 N. Cave Creek Road
Phoenix, Arizona 85024
(602) 553-2220
(602) 287-9511 (fax)
krista@friedlrichardson.com
Attorneys for Plaintiffs

MAY 11 2018
CHRIS DEROSE, CLERK
J. WAYBILL
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NIXAELEN RIOS ESPINOZA, an individual adult;<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; COSTCO WHOLESALE MEMBERSHIP, INC., a foreign corporation; JOHN DOES AND JANE DOES 1-10; ABC CORPORATIONS 1-10; XYZ PARTNERSHIPS 1-10;<br><br>Defendants. | NO. CV2018-052316<br><br>**CERTIFICATE OF NON-COMPULSORY ARBITRATION** |

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs does exceed limits set by Local Rule for compulsory arbitration. This case IS NOT subject to the Uniform Rules of Procedure for Arbitration.

///

1

DATED this 9 day of May, 2018.

FRIEDL RICHARDSON

By _____
KRISTA T. MCCARTHY
19840 N. Cave Creek Road
Phoenix, Arizona 85024
Attorney for Plaintiffs